**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wade Jason Farrington,

Plaintiff,

v.

Grede Foundries, Inc.

Defendant.

Civil 00-1327 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 30 , 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

MAR 30 2001
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____